## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JAMES VOSOTAS,                                  Case No. 23-18073-LMI
                                                Chapter 7
    Debtor.
_____/

### NOTICE OF FILING UNSOLICITED, ANONYMOUS CORRESPONDENCE

Creditor BBM3, LLC ("BBM3"), by and through undersigned counsel, gives notice of filing of the attached unsolicited, anonymous messages[1] received by BBM3 during the pendency of this bankruptcy case. The attached messages are being sent to undersigned's client by an individual unknown to BBM3, were not solicited by BBM3, and BBM3 has not engaged with nor responded to the sender. In the interest of full disclosure, BBM3 files the anonymous messages with the Court to make all parties aware of the correspondence and information contained therein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 12, 2024, via CM/ECF electronic transmission upon all parties who are currently on the list to receive e-mail notice for this case, and by e-mail transmission upon the following:

James Vosotas
1551 Delgado Avenue
Miami, FL 33146
james.vosotas@voshospitality.com
***Via Email***

                                               **DUNN LAW, P.A.**
                                               *Counsel for BBM3, LLC*
                                               66 West Flagler Street, Suite 400
                                               Miami, Florida 33130
                                               Tel : 786-433-3866

---

[1] The messages have been redacted solely to omit profane language and personal identifying information of undersigned's client.

Fax : 786-260-0269
michael.dunn@dunnlawpa.com

By:    */s/ Michael P. Dunn*
        Michael P. Dunn, Esq.
        Florida Bar No. 100705



## James & Dan Vosotas - INFO

**Another 5 Mile Production** <samlarsko@gmail.com>                                                                 Sat, Nov 18, 2023 at 6:42 AM
To:

Hi.

Is this the correct email address for Brandon? If so, I would like to share some information about the two aforementioned crooks for you to give to your legal team.

They have a new international business that is holding off on being launched that is based on blockchain in the international short term vacation rental marketplace. They (James) are waiting for their depositions in James' bankruptcy to be completed before the launch of their business so they don't get caught lying. Dan is investing upwards of 7M into this business. James is the CEO of this new business venture - and it is not incorporated in America in an attempt to avoid your attorneys from discovering this. https://www.portara.io.    The website is awaiting completion of the aforementioned depo before going live and seeking investors.

James' recently filed bankruptcy is solely to avoid paying you any monies on your judgement. All of his assets (Grand piano, Rolex watches, jewelry, cash, etc) are stored in storage units under Dan's name and some in Dan's house to avoid you from having the US Marshals come to his house to seize anything. His dad pays all his bills in an attempt to keep his name off of everything to avoid you. Dan pays James about 300K a year since the hotel disaster with you. He does this mostly via Dans credit card to pay all his bills.

Dani has been placing all of his assets in trusts to avoid any ramifications of all the ongoing legal issues with you.

James says he is going to crush you and your family no matter how long it takes and how much of his daddy's money he has to spend to do it.

Sina tells everything (regardless of importance) to Dan in regard to you. It should also be noted that Sina is not with Bessie anymore. He is living in an apartment ever since his wife was caught on camera ▬▬▬ her personal trainer in their martial bed while he was working. She is now still sleeping with the trainer while SIna is begging her back despite her having a new boyfriend (the trainer). Bessie & SIna are not telling anyone about him moving out. They don't want anyone to know due to outward appearances. Bessie hasn't filed for divorce because Sina is still paying for everything while he tries to win her back. He tells Dan everything because he wants to be best friends with Dan right now in the hopes Dan can convince Bettsie to take him back.

Dan & James are trying to get you in trouble for PPP loans that you were awarded during
Please do not share this info with anyone other than your legal team as an avenue to confirm what I have told you.

I will email you if I have further information that will help you with your legal issues with these two.

Why am I telling you all of this? Because I think these two are crooks - and they are trying to get millions out of other investors, all the while telling everyone that you were the thief & James is the victim of you.

Please confirm receipt so I know I had the correct email address.

+1 (305) 334-9302

May 8, 2024

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

+1 (305) 334-9302
~ Me
Not a contact • No common groups

Safety tools

Block    Add

Here is the latest on the Vosotas:

They are debating James going pro se (firing their BK attorney and defending himself). This reason is several. James says he's smarter than your attorney and his attorney combined, and Dan wants to save the money to use in your other legal battles with you. They also believe they have hidden the assets well enough that you will never get a penny

**+1 (305) 334-9302**

they have hidden the assets well enough that you will never get a penny

Dan and James have been going to great lengths to hide anything James has of value besides his home that has homestead. Even (James) his recently purchased Range Rover is in a business name.

They have now started several companies:
Portara.io (James says it'll be worth 10b by next year
Portara capital management
Portara hospitality, LLC

The portara.io was incorporated in "British Indian Territory" in an attempt to avoid your judgment you have against James. The website is now live so you can view it.

I'm very surprised that they are seeking investors when James has a 19m judgment. Maybe someone should leave a google review for the Portara.io mentioning father and sons track record and judgments

The sender won't see if you read their messages until you reply or add them as a contact

🚫 Block            👤+ Add

Message

+1 (305) 334-9302

"British Indian Territory" in an attempt to avoid your judgment you have against James. The website is now live so you can view it.

I'm very surprised that they are seeking investors when James has a 19m judgment. Maybe someone should leave a google review for the Portara.io mentioning father and sons track record and judgments

Dan says you are a liar and a psychopath and when his attorneys get done with you, you will be cutting a check to him for 10-20m.

The prior text I sent months ago about the PPP loans that he thought would bring you to your knees… their attorney apparently told them they had nothing in regard to that

Why am I telling you all of this? Because father and son are both slime ball thieves!

8:40 AM

Vosotas   8:40 AM

The sender won't see if you read their messages until you reply or add them as a contact

🚫 Block     👤+ Add

Message

Texting with (305) 334-9302 (SMS/MMS)

─── Unread ───

Here is the latest with Vosotas

Dan and James is telling everyone you are a psychopath pig. Your mother wanted to take over everything with the hotel and she was an idiot ▮▮▮▮ that made nothing but mistakes. And you have a mommy complex. And that she was mad that Dan wouldn't sleep with her. And someone named Blain and Briton are ▮▮▮. He's telling everyone that you are weird. You've never been married and you never had kids. Your mom is on drugs. These are just some of things he recently said.

Dan says they are going to win the bankruptcy so he know longer owes you the 19m judgment. Then when you owe them approx 20m you will have to write the check.

Text message

(305) 334-9302

James is no longer going to represent himself in the BK because his other attorneys convinced him it's a bad idea. He had to ask daddy to write the check to his attorney to continue. Daddy agreed.

The newest thing which is probably the funniest thing that I don't think can legally happen…. They are going to try to get the federal bankruptcy judge to consolidate ALL the state cases you guys have with each other into the bankruptcy court case so Dan can save money and get all of them closed in his favor by the end of the year

Dan has about 2m left to spend on attorney fees. But he also needs this money to float his new portara.io business. After that he has to put his house up for sale. But then he has an unknown amount hidden in trusts and things that he says h   't touch right now because it's hid... to protect him

Text message

10:13 

← (305) 334-9302

The newest thing which is probably the funniest thing that I don't think can legally happen…. They are going to try to get the federal bankruptcy judge to consolidate ALL the state cases you guys have with each other into the bankruptcy court case so Dan can save money and get all of them closed in his favor by the end of the year

Dan has about 2m left to spend on attorney fees. But he also needs this money to float his new portara.io business. After that he has to put his house up for sale. But then he has an unknown amount hidden in trusts and things that he says he can't touch right now because it's hidden to protect him and James from giving you any money.

Tap to load preview

7:33 AM

☺ Text message

**(954) 264-8662**

Wednesday, Jun 12 • 9:18 AM

Texting with (954) 264-8662 (SMS/MMS)

> From what I understand, Dan is putting everything he gives James, into James wife's name because of you. Apparently just last year alone he gave her over 200k. The Range Rover Dan bought them was put in her name because of you. And now they are looking at buying a 2m house but may hold off since you are trying to attack their homestead

9:18 AM



**(954) 264-2153**

*Yesterday • 8:23 AM*

Texting with (954) 264-2153 (SMS/MMS)

> James asked Dan for 50,000 last week. Dan told James he needs to take it out of his wife's savings account since he just put money in there. Dan also told James to sell his Rolex watches, piano and other valuables. James said no. They can never get that stuff. A lot of it is at dans house.

―― Unread ――

7:36 PM

> Latest update. James has a live in nanny that they just got a few weeks ago to take care for the new baby. It's believed that she is illegal and being paid cash but I'm unsure about that part.

7:36 PM

Text message

← (954) 264-2153

never get that stuff.  A lot of it is at dans house.

Yesterday • 7:36 PM

Latest update.  James has a live in nanny that they just got a few weeks ago to take care for the new baby. It's believed that she is illegal and being paid cash but I'm unsure about that part.

─────────────── Unread ───────────────

1:07 PM

They also have removed James from the portara.io website and have been removing him from everything until the lawsuits are over in an attempt to circumvent you and your attorneys from finding anything

Tap to load preview

1:07 PM

Text message

(954) 264-2153

unsure about that part.

*Wednesday, Jul 3 • 1:07 PM*

They also have removed James from the portara.io website and have been removing him from everything until the lawsuits are over in an attempt to circumvent you and your attorneys from finding anything

**Tap to load preview**

―――――― Unread ――――――

5:00 PM

James just hired an assistant that's working from home to help him launch the new portara business. Obviously Dan is paying for it even though they removed James from any official records until they get this bankruptcy discharged.

5:00 PM

Text message