

**ORDERED in the Southern District of Florida on August 7, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

JAMES VOSOTAS,                                    Case No. 23-18073-LMI
                                                  Chapter 7
        Debtor.
_____/

**ORDER GRANTING: DEBTOR'S UNOPPOSED *EX PARTE* MOTION TO
CONTINUE AND RESET HEARING**

This matter came on before the Court for consideration of the *Debtor's Ex-Parte Motion To Continue And Reset Hearing* [*see* ECF No. 173] (the "Continuance Motion"), and the Court, finding good cause shown, and based upon the record, does hereby

**ORDER and ADJUDGE that:**

1. The **Continuance Motion** [**ECF No. 173**] is **GRANTED**; and, the hearing set for August 14th, 2024, commencing at 10:30 a.m., on Non-Party, Daniel Vosotas *Amended Objection to Notice, Motion to Strike, Motion to Compel and Motion for Sanctions* [*see* ECF No. 163] is continued and reset to be heard on September 3, 2024, at 1:30 p.m., at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Courtroom 8, 8th Floor, Miami, FL 33128.

###

Submitted by:

James B. Miller, Esq.

Copies to (*via* ecf in pdf format):

- **Anthony P Cali**     anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Michael P Dunn**     michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;acastro@dunnlawpa.com
- **Ross R Hartog**     rhartog@mrthlaw.com, ecfnotices@mrthlaw.com,gruiz@mrthlaw.com,msalazar@mrthlaw.com,mrthbkc@gmail.com,lgener@mrthlaw.com,ycandia@mrthlaw.com,rhartog@ecf.courtdrive.com
- **Jerrod M Maddox**     jerrod.maddox@dunnlawpa.com, rbasnueva@dunnlawpa.com
- **Etan Mark**     etan@markmigdal.com, eservice@markmigdal.com
- **James B Miller**     bkcmiami@gmail.com
- **Barry E Mukamal**     bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Barry E. Mukamal**     bemtrustee@kapilamukamal.com
- **Jordan Nadel**     jordan@markmigdal.com, eservice@markmigdal.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Alan R Rosenberg**     arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,msalazar@mrthlaw.com

(Attorney **Miller** shall serve a conformed copy of this Order upon the Debtor and file a certificate of service reflecting same)